IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02088-BNB

JEREMY PINSON,

    Applicant,

v.

BLAKE DAVIS,

    Respondent.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    In response to the Court's August 16, 2011 Order Directing Applicant to Cure Deficiencies, Applicant has submitted a Motion for Order to Provide Certified Statement requesting that the Court compel Respondent to furnish him with a six-month certified account statement. Nothing Applicant has attached to the Motion verifies that prison staff has refused to provide him with a certified copy of his account statement. Furthermore, Applicant also was instructed to provide a 28 U.S.C. § 1915 Motion and Affidavit used in requesting leave to proceed *in forma pauperis* in a habeas action, which he has not submitted.

    Accordingly, the Court shall grant Applicant an additional thirty days from the date of this Minute Order to provide to the Court a **certified** trust fund account statement showing **only the current balance** in his prisoner account, which is the requirement in a habeas action, and to submit a § 1915 motion and affidavit used in § 2241 actions when seeking leave to proceed *in forma pauperis*. The § 1915 Court-approved form is available from Applicant's case manager or the facility's legal assistance, along with applicable instructions, at www.cod.uscourts.gov. If Applicant fails to submit a **certified** trust fund account statement, **within thirty days from the date of this Order**, or to **provide a verified statement** by prison staff that they refuse to provide to him a certified account statement or a § 1915 motion and affidavit the action will be dismissed without prejudice and without further notice. Applicant's Motion, Doc. No. 3, is DENIED.

Dated: September 15, 2011