IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


Civil Action No. 11-cv-02088-BNB

JEREMY PINSON,

        Applicant,

v.

BLAKE DAVIS,

        Respondent.

---

ORDER TO SHOW CAUSE

---

        A certified application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 has been filed by the Applicant alleging that he is being held illegally.  It is

        ORDERED that Respondent show cause **within twenty-one (21) days from the date of this order** why the application for a writ of habeas corpus should not be granted.  It is further

        ORDERED that **within twenty-one (21) days of Respondent's answer to the show cause order** Applicant may file a Reply.  It is further

        ORDERED that the Applicant shall remain in custody until further order.

        DATED December 7, 2011, at Denver, Colorado.

                                        BY THE COURT:

                                         s/ Boyd N. Boland
                                        United States Magistrate Judge